```
`                   UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

JASON MCCLELLAN,

                Plaintiff,

v.                                   Case No. 3:10-cv-1165-J-34TEM

SERGEANT BOYD,

                Defendant.

_____

## ORDER TO SHOW CAUSE

On January 12, 2011, this Court entered an Order, requiring Defendant to answer or otherwise respond to the Complaint (Doc. #1) within sixty (60) days from the date of service of process. See Order Directing Service of Process Upon Defendant; Notice to Plaintiff (Doc. #6), filed January 12, 2011, at 2, paragraph 3. Since service of process was executed on January 19, 2011, see Return of Service for Wanda G. Boyd (Doc. #7), Defendant Boyd's response was due on Monday, March 21, 2011. As of the date of this Order, Defendant Boyd has not responded. Therefore, Defendant Boyd shall show cause, within **THIRTY (30) DAYS** from the date of this Order, why the Clerk should not enter default against her.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of March, 2011.

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge

sc 3/28
c:
Jason McClellan
Defendant Wanda G. Boyd